IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00114-MR-WCM

| | |
|---|---|
| JOANNA BLONDEAU, *individually and on behalf of all others similarly situated*, ) ) ) ) Plaintiff, ) ) v. ) ) MEDSTREAM ANESTHESIA, PLLC, ) ) Defendant. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Ann-Patton Hornthal. The Motion indicates that Ms. Hornthal, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Jonathon A. Rabin, who the Motion represents as being a member in good standing of the Bar of Michigan. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Jonathon A. Rabin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 7, 2023

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge