IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00114-MR-WCM

| | |
|---|---|
| JOANNA BLONDEAU, *individually and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> MEDSTREAM ANESTHESIA, PLLC, <br><br> Defendant. | ORDER |

This matter is before the Court on a "Notice of Withdrawal of Appearance" filed by Claire E. Bailey (the "Notice," Doc. 56).

Generally, while this district allows the substitution of counsel, see LCvR 83.1(g), attorneys wishing to withdraw from a matter may not do so unilaterally and must obtain leave of court, as described in Local Civil Rule 83.1(f).

Accordingly, the "Notice of Withdrawal of Appearance" (Doc. 56) is **DEEMED INEFFECTIVE**.

It is so ordered.

Signed: September 5, 2024

W. Carleton Metcalf
United States Magistrate Judge